THE PEOPLE OF THE STATE OF NEW YORK ex rel. TETRA-GON COMPANY, Respondent, *v.* WILLIAM SOHMER, as Comptroller of the State of New York, Appellant.

*People ex rel. Tetragon Co.* v. *Sohmer*, 162 App. Div. 433, affirmed.
(Argued January 4, 1915; decided January 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 23, 1914, which annulled, on certiorari, a determination of the state comptroller imposing a franchise tax upon the relator.

*James A. Parsons, Attorney-General* (*Franklin Kennedy* of counsel), for appellant.

*Herbert Parsons, Tompkins McIlvaine* and *Hiram Barney* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.